45 So.2d 480
### J. W. CHANDLER v. STATE.
#### 4 Div. 598.

Supreme Court of Alabama.
March 23, 1950.

Rehearing Denied April 20, 1950.

A. R. Powell, Jr., and E. O. Baldwin, of Andalusia, for petitioner.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of J. W. Chandler for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chandler v. State, Ala. App., 45 So.2d 478.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.

45 So.2d 792
### Clyde NOLEN v. STATE.
#### 7 Div. 65.

Supreme Court of Alabama.
April 20, 1950.

Hugh Reed, Jr., of Centre, for petitioner.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition for certiorari to the Court of Appeals by Clyde Nolen to review and revise the judgment and decision of that court in the case of Nolen v. State, 45 So.2d 786.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and are of the opinion that the petition is without merit.

Writ denied.

BROWN, LAWSON and STAKELY, JJ., concur.

45 So.2d 799
### Charlie HUBBARD v. STATE.
#### 8 Div. 556.

Supreme Court of Alabama.
April 20, 1950.

R. L. Almon, of Moulton, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Charlie Hubbard for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hubbard v. State, 45 So.2d 795.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.